# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JASON SINAGWANA NSINANO,** <br> Petitioner, <br> v. <br> KIRTSJEN NIELSEN et al., <br> Respondents. | No. SA CV 18-01847-VBF-GJS <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that this action is dismissed as moot.

Dated: January 3, 2020

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE